Brandi L. Harper (Cal Bar No. 264672)
Castillo Harper, APC
6848 Magnolia Avenue, Suite 100
Riverside, California 92506
Tel: (909) 466-5600; Fax: (769090) 466-5610
Email:  brandi@castilloharper.com

Attorneys for Plaintiff,
Joseph Nguyen

Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:   gfozi@meyersfozi.com
              dmodafferi@meyersfozi.com

Attorneys for Defendants,
Chaffey Joint Union High School District, Cary Willborn (erroneously sued as Cary Wilborn), Mathew Holton, and Kern Oduro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOSEPH NGUYEN,<br><br>              Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO; ANNA MATA; KRISTIN GARCIA; CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT; CARY WILBORN; MATHEW HOLTON; KERN ODURO; and DOES 1-10, inclusive,<br><br>              Defendants. | **Case No.:  5:20-cv-00880-SVW-SP**<br>**Assigned to: Hon. Stephen V. Wilson**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>**Case Filed:  April 24, 2020**<br>**Trial Date:  November 30, 2021** |

**TO THE HONORABLE COURT:**

Pursuant to Local Civil Rule 16-15.7, plaintiff Joseph Nguyen and defendants Chaffey Joint Union High School District, Cary Willborn (erroneously sued as Cary Wilborn), Mathew Holton, and Kern Oduro hereby notify the Court, as follows:

1

Plaintiff filed his operative, first amended complaint, on July 17, 2020. (ECF No. 22.) On September 11, 2020, the Court entered an order bifurcating and staying plaintiff's state law claims against the defendants. (ECF No. 33.) On August 18, 2021, the Court granted summary judgment in favor of defendants with regard to plaintiff's claims for unreasonable seizure of his person and unreasonable seizure of his property, in violation of the Fourth Amendment. (ECF No. 96.) Plaintiff's remaining federal law claim, for retaliation in violation of the First Amendment, proceeded to a jury trial on November 30, 2021. Upon the conclusion of plaintiff's case in chief, the Court directed verdict in favor of defendants on the First Amendment cause of action. (ECF No. 130.) Therefore, the only claims remaining at issue in this litigation are the state law claims which the Court previously bifurcated and stayed.

The parties have now reached a final global resolution and settlement of all claims. The parties are in the process of finalizing a written settlement and release agreement, which they anticipate completing and executing within 30 days. Upon full execution of the settlement agreement, the parties will jointly move for dismissal.

Dated: January 27, 2022                    Castillo Harper, APC


                                           By:    /s/ Brandi L. Harper
                                                  Brandi L. Harper
                                                  Attorneys for Plaintiff,
                                                  Joseph Nguyen


Dated: January 27, 2022                    Meyers Fozi & Dwork, LLP


                                           By:    /s/ Daniel S. Modafferi
                                                  Golnar J. Fozi
                                                  Daniel S. Modafferi
                                                  Attorneys for Defendants,
                                                  Chaffey Joint Union High School District,
                                                  Cary Willborn, Mathew Holton,
                                                  and Kern Oduro